IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HENRY LEE SIMINGTON,

                                                                                    PLAINTIFF


v.                                          Case No. 4:07-cv-4005


MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                      DEFENDANT


## JUDGMENT

Comes now the Court on this the **5th day of January, 2008**, in accordance with the

Memorandum Opinion entered in the above-styled case on today's date, and hereby considers,

orders, and adjudicates that the decision of the Commissioner of the Social Security Administration

is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED**.

                                        /s/   Barry A. Bryant
                                        HON. BARRY A. BRYANT
                                        U.S. MAGISTRATE JUDGE

1