IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HENRY LEE SIMINGTON,

                                                                                          PLAINTIFF

v.                                          Case No. 4:07-cv-4005

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                          DEFENDANT

### AMENDED JUDGMENT

Comes now the Court on this the **5th day of February, 2008[1]**, in accordance with the

Memorandum Opinion entered in the above-styled case on today's date, and hereby considers,

orders, and adjudicates that the decision of the Commissioner of the Social Security Administration

is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

     **IT IS SO ORDERED**.

                                                    /s/   Barry A. Bryant
                                                    HON. BARRY A. BRYANT
                                                    U.S. MAGISTRATE JUDGE

---

[1]This Amended Judgement is filed to correct the date of issuance.

1